IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of: | NO.  12 B 03502 |
| Kevin & Yolanda McKinley | Judge A. Benjamin Goldgar<br>(Park City) |
| Debtors | Chapter 13 |

## OBJECTION TO CONFIRMATION

Now comes ABBOTT LABORATORIES EMPLOYEE CREDIT UNION (hereinafter "ALECU"), a creditor herein, by SHERMAN & PURCELL LLP, its attorneys, and for its objection to confirmation of the debtor's proposed Chapter 13 plan respectfully represents as follows:

1.  That ALECU is the creditor of the Debtor with respect to three separate debts that are cross-collateralized and secured by a 2003 BMW and a 2003 Volkswagon Beetle.

2.  The plan provides that no claim shall be paid to Abbott Laboratories EC for the loans secured by those two vehicles as the clients will make the payments directly.

3.  While having no objection to direct payments, language should be added to Section G of the proposed plan as follows:   "The Debtors will remain in full compliance with the underlying agreements with respect to the debts owed to Abbott Laboratories Employee Credit Union and the debts owed to Abbott Laboratories Employee Credit Union shall not be discharged pursuant to §1328 of the Bankruptcy Code.  Abbott Laboratories Employee Credit Union shall retain their liens until such time as the underlying agreements are fully satisfied pursuant to applicable non-bankruptcy law."

4.  The language above is because the agreements should control the payment terms and if the direct payments to the creditor are not made then discharging the debts through the bankruptcy is not appropriate.  Clearly the creditor should retain its liens but this is contrary language in the plan.

WHEREFORE, ABBOTT LABORATORIES EMPLOYEE CREDIT UNION prays that this Honorable Court enter an Order denying confirmation of the Debtor's proposed Chapter 13 plan, for entry of an Order dismissing this Chapter 13 case, and for such other and further relief as this Court may deem just and equitable.

ABBOTT LABORATORIES EMPLOYEE CREDIT UNION

Christopher H. Purcell
Sherman & Purcell LLP                BY:  _____/s/ Christopher H. Purcell_____
120 South La Salle Street                          One of its Attorneys
Chicago, Illinois 60603
Phone: (312) 372-1487

## CERTIFICATE OF SERVICE

I, the above signed attorney, certify that on March 1, 2012, I electronically filed the foregoing Objection to Confirmation with the Clerk of the Court using the ECF system which sends notifications of such filing to the following:

Briana Czajka, Attorney for the Debtor  &  Glenn Stearns, Chapter 13 Trustee